IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2007 JAN 17  P 3: 46

CLERK _L. LaVictoire_
SO. DIST. OF GA.

UNITED STATES OF AMERICA          :

                    v.            :         CASE NO.: CR206-02

HUBERT COLEMAN                    :

## O R D E R

The above styled proceeding having been appealed to the United States Court of Appeals for the Eleventh Circuit,

IT IS HEREBY ORDERED that the sealed record in this proceeding be transmitted to the Clerk, Eleventh Circuit, United States Court of Appeals.

**SO ORDERED**, this _17th_ day of January, 2007.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)